*Mr. John. D. Cofer* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, W. Marvin Smith,* and *Miss Helen R. Carloss,* for respondent.

No. 829. FARMERS & MERCHANTS STATE BANK *v.* KOE- NEKE, BANK COMMISSIONER. May 4, 1931. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Mr. A. C. Crane* for petitioner. *Mr. Lee Bond* for respondent.

No. 830. ST. LOUIS-SAN FRANCISCO RY. CO. ET AL. *v.* BRIDGES. May 4, 1931. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Messrs. Alexander P. Stewart, Edward T. Miller, David W. Houston, Sr.,* and *John W. Canada* for petitioners. No appearance for respondent. See also, 156 Miss. 206; 125 So. 423.

No. 832. LIPPMAN'S, INC., *v.* HEINER, COLLECTOR OF INTERNAL REVENUE. May 4, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Charles H. Sachs* and *Louis Caplan* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, John G. Remey, Whitney North Seymour,* and *William H. Riley, Jr.,* for respondent.

No. 840. PORT ANGELES WESTERN R. CO. *v.* CLALLAM COUNTY, WASHINGTON, ET AL. May 4, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the